# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-2516
_____

United States of America

*Plaintiff - Appellee*

v.

Tracy Alan Barnett

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Southern District of Iowa - Eastern
_____

Submitted: October 28, 2024
Filed: December 11, 2024
[Unpublished]
_____

Before SHEPHERD, KELLY, and STRAS, Circuit Judges.
_____

PER CURIAM.

After violating the conditions of supervised release, Tracy Barnett received an 8-month prison sentence, followed by another 102 months of supervision. His counsel, who seeks permission to withdraw, suggests that revocation was unnecessary and the sentence is too long.

We conclude otherwise.  After Barnett stipulated to the violations, the district court[1] explained both decisions.  In doing so, it sufficiently considered the statutory sentencing factors, 18 U.S.C. §§ 3553(a), 3583(e)(3), and did not rely on an improper factor or commit a clear error of judgment.  *See United States v. Wilkins*, 909 F.3d 915, 917 (8th Cir. 2018) (reviewing a revocation sentence for an abuse of discretion); *United States v. Melton*, 666 F.3d 513, 516 (8th Cir. 2012) (doing the same for a decision to revoke).  We accordingly affirm the judgment of the district court and grant counsel permission to withdraw.

_____

---

[1]The Honorable Stephen H. Locher, United States District Judge for the Southern District of Iowa.